**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs.  CASE NO. 8:05-CR-498-T-17-AEP

LONNIE LOGGINS
_____/

**EXONERATION OF CASH BOND**

The records in this case indicate that the conditions of the original appearance bond have been satisfied and that the bond should be exonerated and released. Accordingly, it is.

**ORDERED** that the Clerk of Court is directed to promptly return monies on deposit to Daniel S. Loggins, 11806 71st Street East, Parrish, FL 34219 in the amount of $50,000.00, plus any interest and minus any registry fees. If appropriate, the Clerk shall have issue an Internal Revenue Service Form 1099 to the receipient.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 21st day of February, 2012.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record